UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KARL DARGE,

Plaintiff,

v.

DEERE & COMPANY, INC.,

Defendant.

Case No. 01-1759 JEL/AJB

**AMENDED** NOTICE
OF MOTIONS HEARING

---

Due to a conflict on the Court's calendar, you are hereby given notice that Plaintiff's Motion to Compel Discovery and Defendant's Motion to Compel Discovery filed in the above referenced case previously scheduled to be heard at 9:00 a.m. on June 27, 2002, has been rescheduled. The settlement conference will commence at **2:00 p.m. on June 27, 2002**, before the undersigned Magistrate Judge.

Dated: 6/18/02

Arthur J. Boylan
U. S. Magistrate Judge

Filed JUN 19 2002
Richard Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________