THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Karl Darge and Caryl Darge, husband and wife,

Plaintiffs

vs.

Deere & Company, Inc.,

Defendant.

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER FOR DISMISSAL**

Court File No. 01-CV-1759 (JEL/JSM)

---

The above-entitled action, having been fully compromised and settled,

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, through their respective counsel, that said action may be and hereby is dismissed with prejudice and on the merits, but without further costs to any of the parties.

Dated: April 14, 2003

RIDER BENNETT, LLP

By________________________
Richard J. Nygaard (80226)
John J. Wackman (251884)
Attorneys for Defendants
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402
(612) 340-8900

Dated: April 15, 2003

BALE ANDERSON POLSTEIN RANDALL & HILL, LTD.

By________________________
Robert K. Randall (8945X)
Attorneys for Plaintiffs
527 Marquette Avenue, Suite 1800
Minneapolis, MN 55402
(612) 332-8063

KARON TRIAL LAW, P.A.
Stanley E. Karon (53909)
Edinborough Corporate Center
3300 Edinborough Way, Suite 400
Edina, MN 55435
(952) 896-0927

APR 18 2003

**ORDER**

Pursuant to the Stipulation of the parties, it is hereby ordered that this action be dismissed with prejudice; each party is to bear its own attorney's fees, costs and disbursements.

DATED: April 17, 2003.

JOAN N. ERICKSEN, Judge
United States District Court